Theodore W. Stemmler, Appellant, v. Edward G. Alsdorf and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

In the Matter of the Probate of the Last Will and Testament of Elizabeth Volze, Deceased. Elizabeth Hellman, Appellant; Henry Degenhardt, as Executor, etc., Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Emil Rosse, Respondent, v. R. Hoe & Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $15,000, in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.; McLaughlin, J., dissented and voted for reversal and new trial.

Emily M. Ford, Respondent, v. John Wanamaker, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Elizabeth W. Mitchell, Appellant, v. Philip Boyer and Others, Copartners, etc., Respondents.— Judgment and order affirmed, with costs, on former opinion (160 App. Div. 565). Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.; Laughlin, J., dissented on former dissenting opinion.

Rose Albers, Appellant, v. Edmund B. Kursheedt, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Charles A. Belden, Individually and as Trustee, etc., Respondent, v. Susie E. Fitchett, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

Meyer Persky, Appellant, v. Frederick L. C. Keating, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

American Fidelity Company of Montpelier, Vermont, Respondent, v. William E. D. Stokes, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Smith, JJ.

The People of the State of New York ex rel. McAllister Steamboat Company, Appellant, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.